# ELECTRONIC RECORD

COA # 01-14-00200-CR     OFFENSE: 1 (Poss Controlled Substance)

STYLE: Max Edward Webb v. The State of Texas     COUNTY: Harris

COA DISPOSITION: AFFIRM     TRIAL COURT: 248th District Court

DATE: 12/16/2014     Publish: NO     TC CASE #: 1399396

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Max Edward Webb v. The State of Texas     CCA #: 051-15

_APPELLANT'S_ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_REFUSED_     JUDGE: _____

DATE: 04/15/2015     SIGNED: _____    PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**